UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL T. GIBBS, JR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-613 |
| | ) | |
| | ) | |
| BILL DAY, JOHN DOE A. | ) | |
| and JOHN DOE B. | ) | |
| | ) | |
| *Defendants*. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the plaintiff's motions to amend the complaint are **GRANTED**, defendant Day's motion to dismiss is **GRANTED**, the John Doe defendants are **DISMISSED**, all other pending motions are **DENIED** as **MOOT**, the court **DECLINES** to exercise supplemental jurisdiction over plaintiff's pendent state law claims, and this action is **DISMISSED WITH PREJUDICE**.

    **ENTER:**

                                                                    s/ Thomas W. Phillips
                                                                  United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT